```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION
```

IN RE:                              )
                                    )
TONY AND JESSICA HARFERT            )    CASE NO.  09-31641-LMK
                                    )       CHAPTER 7
     Debtor.                        )
_____)

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 7 | Chase Bank USA, NA<br>P. O. Box 15145<br>Wilmington, DE 19850 | 1,922.95 |

Dated: 7/26/10                     /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com